# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WALTER W. TRAVIS

VERSUS

ROBERT W. TRAVIS, ET AL

NO.   2025 CW 0440

**JULY 14, 2025**

---

In Re:    Ozzie Givens and Steve Travis, applying for supervisory writs, 21st Judicial District Court, Parish of St. Helena, No. 24697.

---

BEFORE:   **THERIOT, LANIER, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** Although this court does not have the complete record of this proceeding, respondent, Carson Travis, filed a Notice of Final Judgment with this court, representing that a final judgment was signed by the district court on May 21, 2025. When an unrestricted appeal is taken from a final judgment, the appellant is entitled to seek review of all adverse interlocutory rulings prejudicial to him, in addition to review of the final judgment appealed. **Dunbar v. Howard**, 2021-1171 (La. App. 1st Cir. 8/16/22), 348 So.3d 738, 743 n.9. Moreover, if a final judgment is issued, jurisprudence does not suggest that an interlocutory judgment may be appealed without also seeking review of the final judgment. **Palmisano v. Nauman-Anderson**, 2017-511 (La. App. 5th Cir. 12/27/17), 236 So.3d 1275, 1278. We note that, unless a motion for appeal of the final judgment has been filed, the time delays for doing so continue to run. Filing documents directly with this court does not suspend the running of the appeal delays. **Strickland v. Layrisson**, 96-1280 (La. App. 1st Cir. 6/20/97), 696 So.2d 621, 624, <u>writ denied</u>, 97-1940 (La. 11/14/97), 704 So.2d 228.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT